

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CLAUDIA PATRCIA ROCHA SOLIS, | § | |
| | | No. 08-18-00101-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 120th District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20170D03568) |
| | § | |

# **O R D E R**

The Court on its own motion ORDERS the Official Court Reporter for the 120th District Court of El Paso County, Texas, to submit a supplemental reporter's record containing a viewable copy of State's Exhibit 1 (identified as a "CD-store video"). The supplemental reporter's record is due in this Court on or before June 25, 2019.

IT IS SO ORDERED THIS 11TH DAY OF JUNE 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.